I Live in Spring Feild County IL Signed

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

FILED
MAY 31 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Michael
Lee
Ledbetter

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Jeff - Steve - Donnie Amelia
Ryan Curtis Wayne Corey Melissa,
Jason - Shawn Mcbeth Mike Dunn
IDHS; Chester Mental Heath Center

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

CHECK ONE ONLY:              **AMENDED COMPLAINT**

✓ _____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

A. Name: Michael Ledbetter

B. List all aliases: _____

C. Prisoner identification number: 819802

D. Place of present confinement: Chester IL DHS Mental Health Center

E. Address: 1315 Lehmen Drive Chester IL 62233

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Jeff

Title: STA 1 Member

Place of Employment: Chester IL IDHS Mentl Health

B. Defendant: Wayne

Title: STAs Member 1

Place of Employment: Chester Mental Health Center

C. Defendant: Amelia

Title: STAs 1 Member

Place of Employment: Chester Mental Health Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff Claims: That Jeff Steve Donnie, Amela, Riyan Curtis Warne Corey, Jason Shawn Mcbeth and Mike Dunn all Took Apart in beating plaintiff violating his, plaintiff 8th amendment (no cruel and unusual punishment). That he was punced in his penis penis, smothered, puenced in the Faces, Body Slammed and Beat Til The point he Blacked out By The people Named That Melissa instgated and provoked all of These said Events and had the power to prevent or Aidin preventing These Attacks But did Nothing in her power to prevent These Attacks That These Staff Members work At Chester Mental Health Center an Illinois Deparment of Human Srvices IDHS Facility That These Event happened with in Jan 2021 May 2022 That These Staff Members drove plaintiff to the

4

Revised 9/2007

point That he Wanted To commit Suicide For These Claimed Reasons plaintiff Seeks 15 Million dollars Forme Defendants Financial providers un pur suat to HIPPA (The Health Insurance portibility and Accantiblity Act plaintiff Request A Motion To Supena Video Footage fome defendants OIG office Inspector General for the time period of Jan 2021 - May 21st 2022 and supena Restraint Reports of plaintff

OIG of Chester Mental Health Center Has all of my Records Reports

Also Jeff punched plaintff giveing him A black Eye and Robert young and OIG Took pictures of plaintiff bruises and marks. All of These Events happened in Chester Mental Health center in Chester IL. ] IDHS preimeint of Humen mental center Seives

Thack with OIG Ann Robin. L.W. iNVestgaison offices Spring feild IL hand cordes as will for more Racords

will To be Sormt set Supenas all-3 Theer of This pailes pulse Chester DHS Menal Health center OIG Reports

Revised 9/2007

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*I wold Like $15-Million*

VI.    The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this *May* day of *24*, 20 *22*

*Mibeleele* 
(Signature of plaintiff or plaintiffs)

*Michael Lee Ledbetter*
(Print name)

*819802*
(I.D. Number)

*Chester IL 62233*
*1315 Lehmen Drive*
(Address)

Investsaison
Statement
Law Suint

1. Pag

Lower Juge Bill  Mr Michael Lee Ledbetter

Dere Juge and Lower I have some of Reikts That work in cheister IL DHS Meintil Hailth partment of Humen sides STAs Members Thay all Just work here ok I oo Thay Names OIG Roiberts Chaives Menuteder OIG Chef sacriy Calemen here are thay Names / Steve Donnie Amelie Ryan Been Dennis-west / Aaron cliff curtis / Josh Alexs / chris Jason / James Knocks Jeff Derek-Snacker / Nathen Thary are A Lot of STAs/ STA2 That I not for shere About and Thay is A Lot I Now About Till I Just For got Thay Names Look under My best Invest saison is wall here is A Nother Thay get This Juge Lower get A Soupeenu Fome the OIG hand cordes in springfeild or Ann investsaison handcorde Robin L.W. Thay wald have someny or on someing about the caits same spingfield and moust of ower Rcordes There to so be [scribbled out] Cheister Mentil Hailth DHS center po Box31 62233 Phone Neber is 618826-4571 Thay have Reardes of Avere body Buss Nes 14 Decimennated Thats voillnating my Risht Lot other all The Time This Staff STAs doing A lot of drug and devke Maby Not here but Thay Lot of deft have been Ree ported To OIG But Roky [scribbled out] That went Might coisesing Thayer publes so eny was are civlel Risht Being voilded as will All Risht Being reteked fome us mere under mivin

Investsaison G. SOT AKAD

Lower Juge  T.B.D. — us up ower Room Bill Standerd Rey Sterts Room Date 5/22/2022

Also Jeff punched plaintiff giving him a black eye and Robert Young an OIG took pictures of plaintiff bruises and marks. All of these events happened in chester Mental Health Center in chester, IL

IDHS preiment of Humen Mentil Hailth center seivess

T.B.D.

Thay all so Tilke About to other paisonet on the uints That thay all was Tilling them Evene Fort of me Thay Tilke About o we Can Bent you in The ~~~~ Rey Starte Room weer we can gent biy with it Even Rooms Mr STA Sind ~~ Bill Sind to me Me and A nother parison They so in paisents Rooms Be coiser they can beut are ass thay is No Camens en ether Room That Mr piver faxs spisley wen staft STA~~ are tailking About it To That show somey sary on will cosers it dos happen to lots of us in this hole Feciltey under miy best and good rest saison That I Study for ~~ + up Lenim ove the yars

I all I now is Thay will set hent ~~ biy A Recepent so in the poiles Ruls is Thay no not hent A Recipent Bach poiles Ruls wene it not I me dos not give them Right to pud on us eny tip of way That mens yellin at us Neislthy or bussim temaditely us ~~ or mack us so no suicd A Tees Be caise they doing that Mack caird went they say to you That Mack caird we wonten Just set card for no Rison Be coise they hate Being men To you set you work up

Michael Ledbetter ) May 22nd 2022 TBD
Plaintiff )
vs ) Jeff, Steve, Donnie, Amelia, Ryan, Curtis, Wayne, Corey, Melissa, Jason, Shawn Mcbeth, Mike Dunn, IDHS, Chester Mental Health Center:
Defendants ) V.S. M Ledbetter/ I yill The Truth shall help God G. A A A A!?

Others war in void with other cause with me others as neight yeill

1. Thing That will Better Plaintiff claims: that Jeff, Steve, Donnie, Amelia, Ryan, Curtis, Wayne, Corey, Jason, Shawn Mcbeth, and Mike Dunn all took a part in beating plaintiff violating his, plaintiff 8th amendment (no cruel and unusual punishment). That he punched in his penis

2. That he was punched in his penis, smothered, punched in the faces, body slammed and beat til the point he blacked out by the people named

3. That Melissa instigated and provoked all of these said events and had the power to prevent or aid in preventing these attacks but did nothing in her power to prevent these attacks.

4. That these staff members who work @ Chester Mental Health Center an Illinois Department of Human Services (IDHS) facility.

5. That these events happened within Jan 2021 - May 2022.

6. That these staff members drove plaintiff to the point that he wanted to commit suicide.

For these claimed reasons plaintiff seeks 10 million dollars from defendants' financial providers in pursuat to HIPPA (the Health Insurance Portibility and Accountibility Act)

Plaintiff request a motion to supena video footage from defendants' OIG (Office Inspector General) for the time period of Jan 2021 - May 21st 2022 and supena restraint reports of Plaintiff

Racorders All 50 and Others Recicpents OIG Reyports To and SpringFeild IL hand Corider OIG Ann OIG Fome investgaison offics Fome others I Fist For My Safte Fore went they deed To me others

Under My best SEV-A
ReSA - May investgaison

MICHAEL LEDBETTER
1315 LEHMEN DR.
CHESTER, IL. 62233

UNITED STATES DISTRICT COURT
CLERK OF THE OFFICE
100 NE MONROE ST.
PEORIA, IL. 61602

FIRST-CLASS



ZIP 62233
02 7H
0001276113

US POSTAGE (i-m) PITNEY BOWES
$ 000.73⁰
MAY 26 2022